UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:18-cr-190-SPC-MRM

MONIQUE MOORE

## ORDER[1]

Before the Court is Defendant Monique Moore's pro se Motion to Notify Court of Interest to Appeal Motion for Compassionate Release and Request for Instructions on How to Properly Proceed. (Doc. 741). The Fort Myers Division Clerk's Office has received Defendant's filing from the Eleventh Circuit, which has been construed as a notice to appeal. (Doc. 742). The Clerk's Office has also transmitted the initial appeal package to the Eleventh Circuit for processing. (Doc. 743). Because Defendant is pursuing her appeal pro se, the Court directs her to the Eleventh Circuit's website[2] for information on appealing without an attorney.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

[2] https://www.ca11.uscourts.gov/pro-se-forms-and-information

Defendant Monique Moore's pro se Motion to Notify Court of Interest to Appeal Motion for Compassionate Release and Request for Instructions on How to Properly Proceed (Doc. 741) is **GRANTED** to the extent that her appeal papers have been transmitted to the Eleventh Circuit. It is denied in all other respects.

**DONE AND ORDERED** in Fort Myers, Florida on February 23, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Defendant Monique Moore
Counsel of Record